**Order filed, March 8, 2018.**



In The

# Fourteenth Court of Appeals
_____

### NO. 14-18-00032-CV
_____

### GERONIMO ENERGY LLC., Appellant

### V.

### STEVE GERDES, Appellee

---

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2017-57404**

---

## ORDER

The reporter's record in this case was due February 20, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Kathleen Keese, the court reporter, to file the record in this appeal **within 20 days** of the date of this order.

PER CURIAM